AMERICAN SAMOA GOVERNMENT and
GOVERNOR OF AMERICAN SAMOA, Appellants

v.

TUIKA TUIKA JR., ASUEGA FITIFITI, MILOVALE
SOLAITA, IOSEFO KAPELI IULI, SAO NUA, MIKE
FUIAVA, and SAVEA NUA, Appellees

High Court of American Samoa
Appellate Division

AP No. 9-87
AP No. 14-87
AP No. 20-87

October 22, 1987

Before O'SCANNLAIN*, Acting Associate Justice,
KING**, Acting Associate Justice, and OLO,
Associate Judge.

Counsel: For the Appellants, Martin R. Yerick,
        Assistant Attorney General
     For the Appellees, Charles V. Ala'ilima

PER CURIAM:

---

     *    Honorable Diarmuid F. O'Scannlain, Judge,
United States Court of Appeals for the Ninth
Circuit, serving by designation of the Secretary of
the Interior.

     **    Honorable Samuel P. King, Senior Judge,
United States District Court for the District of
Hawaii, serving by designation of the Secretary of
the Interior.

We affirm the order of the Trial Division and we adopt its opinion of April 24, 1987.

Our attention was called during oral argument. to Section 2(b) of Secretarial Order No. 2657 as amended, which requires approval by the Secretary of the Interior of any legislation "affecting the powers of the legislature." We are not persuaded that enactment of A.S.C.A. § 37.2030 fell into that category.